UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  MICHAEL R CERVENKA

CASE NO. 04 B 30670

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-8911

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/18/04 and confirmed on 10/14/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13674.62 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BANCO POPULAR NORTH AMER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2721.65 | .00 | 544.33 |
| DANIEL F KENKE ATTY AT L | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 12395.21 | .00 | 2479.04 |
| LAURA CERVENKA | PRIORITY | 7009.38 | .00 | 7009.38 |
| VERIZON WIRELESS | UNSECURED | 413.50 | .00 | 82.70 |
| TRUEMPER HOLLINGSWORTH & | UNSECURED | 1437.50 | .00 | 287.50 |
| CAPITAL ONE FINANCIAL | UNSECURED | 4345.31 | .00 | 869.06 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 7009.38 | 21313.17 | .00 | 28322.55 |
| PRINCIPAL PAID | .00 | 7009.38 | 4262.63 | .00 | 11272.01 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 7009.38 | 4262.63 | .00 | 11272.01 |

The Debtor's attorney, BRADLEY COVEY               , was allowed $   2200.00 and was paid $    406.00  direct and $   1794.00  through the plan.

The Trustee received $    608.61 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/18/08                         /S/

```
                       GLENN STEARNS
                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 04 B 30670 MICHAEL R CERVENKA
```